IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DUSTIE CLOSSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 5:16-cv-00364 |
| | § | |
| **CITIMORTGAGE, INC.** | § | |
| | § | |
| **Defendant.** | § | |

# EXHIBIT INDEX

Plaintiff's Original Verified Petition ....................................................................................... 1
Temporary Restraining Order ................................................................................................. 2
Miscellaneous Documents ....................................................................................................... 3
Bond Receipt ............................................................................................................................ 4
Docket Sheet ............................................................................................................................ 5
Civil Cover Sheet ..................................................................................................................... 6
Supplemental Civil Cover Sheet .............................................................................................. 7
List of Attorneys ...................................................................................................................... 8