# EXHIBIT 2

DOCUMENT SCANNED AS FILED



CAUSE NO. 2016 CI 05482

| | | |
|---|---|---|
| DUSTIE CLOSSON | ) | IN THE DISTRICT COURT |
| Plaintiff, | ) | |
| v. | ) | 288th JUDICIAL DISTRICT |
| CITIMORTGAGE, INC. | ) | |
| Defendant. | ) | BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On this day, the Application for Temporary Restraining Order of Plaintiff DUSTIE CLOSSON was heard before the Court. Plaintiff owns the real property located at 330 Cedron Chase, San Antonio, Texas 78253 (the "Property").

Based upon the pleadings, records, documents filed by counsel, and the arguments of counsel as the hearing, IT CLEARLY APPEARS:

That unless Defendant, its employees, agents, trustees, or substitute trustees are immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016, said Defendant will commit such act before notice and a hearing can be presented to the Court.

Due to the unique inherent characteristics of the real property at issue, Plaintiff will be irreparably harmed if said Defendant, its employees, agents, trustees, or substitute trustees are not immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, its employees, agents, trustees, or substitute trustees are immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016.

IT IS FURTHER ORDERED that Plaintiff's Application for Temporary Injunction be heard on April 13, 2016, at 9:00 AM in the Presiding Judicial District Court, Bexar County, Texas, Room 109.



PAGE 1



Defendant is commanded to appear at that time and show cause, if any exists, why a temporary injunction should not be issued against said Defendant.

~~IT IS FURTHER ORDERED that the Property not be~~ re-posted for foreclosure sale pending ~~further hearing on this matter.~~

The Clerk of Court shall issue a temporary restraining order in conformity with applicable law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set. This order shall become effective when Plaintiff tenders a bond, via cash, certified funds, law firm check, or surety, in the amount of $1500.00, in conformity of the law.

Once effective, this Temporary Restraining Order will expire on the above-referenced date and time set for the hearing on Plaintiff's Application for Temporary Injunction.

By this Order, the Court orders the Clerk to issue notice to Defendant, that the hearing on Plaintiff's Application for Temporary Injunction is set, and the purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

SIGNED and ENTERED on March 30, 2016, 2016, at 4:30 pM

Renée A Yanta
JUDGE PRESIDING

PAGE 2

CAUSE NO. 2016 CI 05482

| | | |
|---|---|---|
| DUSTIE CLOSSON | ) | IN THE DISTRICT COURT |
| Plaintiff, | ) | |
| v. | ) | 288th JUDICIAL DISTRICT |
| CITIMORTGAGE, INC. | ) | |
| Defendant. | ) | BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On this day, the Application for Temporary Restraining Order of Plaintiff DUSTIE CLOSSON was heard before the Court. Plaintiff owns the real property located at 330 Cedron Chase, San Antonio, Texas 78253 (the "Property").

Based upon the pleadings, records, documents filed by counsel, and the arguments of counsel as the hearing, IT CLEARLY APPEARS:

That unless Defendant, its employees, agents, trustees, or substitute trustees are immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016, said Defendant will commit such act before notice and a hearing can be presented to the Court.

Due to the unique inherent characteristics of the real property at issue, Plaintiff will be irreparably harmed if said Defendant, its employees, agents, trustees, or substitute trustees are not immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, its employees, agents, trustees, or substitute trustees are immediately restrained from foreclosing on the Property on Tuesday, April 5, 2016.

IT IS FURTHER ORDERED that Plaintiff's Application for Temporary Injunction be heard on April 13, 2016, at 9:00 AM in the Presiding Judicial District Court, Bexar County, Texas, Room 109.

PAGE 1



DOCUMENT SCANNED AS FILED

Defendant is commanded to appear at that time and show cause, if any exists, why a temporary injunction should not be issued against said Defendant.

~~IT IS FURTHER ORDERED that the Property not be re-posted for foreclosure sale pending further hearing on this matter.~~ *[struck through, initialed]*

The Clerk of Court shall issue a temporary restraining order in conformity with applicable law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set. This order shall become effective when Plaintiff tenders a bond, via cash, certified funds, law firm check, or surety, in the amount of $1500.00, in conformity of the law.

Once effective, this Temporary Restraining Order will expire on the above-referenced date and time set for the hearing on Plaintiff's Application for Temporary Injunction.

By this Order, the Court orders the Clerk to issue notice to Defendant, that the hearing on Plaintiff's Application for Temporary Injunction is set, and the purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

SIGNED and ENTERED on March 30, 2016, 2016, at 4:30 pm

Renée A. Yanta
JUDGE PRESIDING

PAGE 2

DOCUMENT SCANNED AS FILED