# EXHIBIT 3

Page: 1 of 4  03/31/2016  08:56 AM  TO:12103350536  FROM: Andrew Van Hoogenstyn  PHONE #2078381245

**Recipient Information**

To: Civil Records
Company: District Court Clerk
Fax #: 2103350536

**faxZERO.com**
send a fax for free

**Sender Information**

From: Andrew Van Hoogenstyn
Company: Nationwide Research Co.
Email address: andrew@nationwideresearch.com (from 68.81.239.101)
Phone #: 2078381245
Sent on: Thursday, March 31 2016 at 9:57 AM EDT

2016CI05482 -P00004

2016CI05412 -P00006

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
16 MAR 31 AM 10: 59
BY_____ DEPUTY

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #16672927. We will add your fax number to the block list.

## NATIONWIDE RESEARCH COMPANY

March 31, 2016

Bexar County District Court Clerk
101 W Nueva, Suite 217
San Antonio, TX 78205

Attention: Civil Records

Hello,

Please find attached two requests for civil complaints. I just require non-certified copies to be emailed on these.

Please give me a call if there are any questions at 207-838-1245.

Thank you.

Andrew Van Hoogenstyn
Nationwide Research Company
4000 Bridgeway, Suite 310
Sausalito, CA 94965
(2 pgs attached)

DOCUMENT RETRIEVAL | DUE DILIGENCE | CRIMINAL RECORD RESEARCH | CASE MONITORING | CUSTOMIZED PROJECTS | CHAPTER 11 DATA

Fax Express Transmittal to:
BEXAR COUNTY DISTRICT CLERK.
Fax (210) 335-0536
VOICE (210) 335-2662

## DC Fax Express

Requested By: Andrew Van Hoogenstyn          Date: 3/31/2016

Firm: Nationwide Research Company

Address: 4000 Bridgeway, Suite 310, Sausalito, CA, 94965

Fax No. 267-773-8449          Phone No. 207-838-1245

e-mail andrew@nationwideresearch.com

### DOCUMENT INFORMATION

Please check: _X_ Civil ___ Criminal   Cause No. 2016-CI-05412, 2016 CI 05482

Style: Briani Rae Forbes   vs Citimortgage

___ Decree/Judgment/Sentence   Date of Decree/Judgment/Sentence _____
___ Probation Conditions   ___ Order (Describe) _____
_X_ Other (Describe) Complaint/Petition with any exhibits (filed 3/29/2016)

Please specify:
___ Certified ($1.00 per page)         ___ Uncertified ($1.00 per page)
___ Return via fax (Uncertified only)   ___ Mail back
_X_ Return via e mail (Uncertified only) ___ Pick up

### DISCOVER/NOVUS ACCOUNT INFORMATION

Cardholder's Name:                Address:
Andrew J Van Hoogenstyn           2223 Wharton Street, Philadelphia, PA, 19146

Account no. ~~[redacted]~~   Exp date: 09/18

Authorized Signature: _[signature]_   Date 3/31/2016

FOR CLERK'S USE ONLY: Total $_____ ___for certified copies ___non-certified copies
CLERK ASSIGNED_____

### LEGALEASE ACCOUNT INFORMATION

Card Number: _____
Client Number: _____   Case Number: _____
Style: _____
Document: _____
Instructions Prepared By: _____

FOR CLERK'S USE ONLY: TOTAL$_____ ___for certified copies ___non-certified copies
CLERK ASSIGNED_____

Thank you for using DC Fax Express. In you have questions, please call 210-335-2662

DOCUMENT SCANNED AS FILED

rec-index-7



| | |
|---|---|
| From: | rec-index-7 |
| Sent: | Thursday, March 31, 2016 2:57 PM |
| To: | ANDREW@NATIONWIDERESEARCH.COM |
| Subject: | PETITION |
| Attachments: | 2016CI05482 PETITION.pdf |

GOOD AFTERNOON,
ATTACHED IS THE PETITION YOU REQUESTED FOR CAUSE#2016CI05482

*Thank You and have a great day!*

*Rosanne Medellin*
*Recording Clerk*
*Office of Donna Kay McKinney*
*Bexar County District Clerk*
*Paul Elizondo Tower*
*101 W. Nueva, Suite 217*
*San Antonio, Texas 78205*
*(210) 335-2674*

File Copy