# EXHIBIT 4



Certificate of District Clerk That Plaintiff(s)
Made Cash Deposit In Lieu Of
Temporary Restraining Order Bond

The State of Texas
County of Bexar                                    288th Judicial District Court

I, Donna Kay McKinney, Clerk of the District Courts in and for Bexar County, Texas, do hereby certify that <u>DUSTIE CLOSSON</u> in Cause No. <u>2016CI05482</u>, Styled <u>DUSTIE CLOSSON</u> vs. <u>CITIMORTGAGE, INC.</u>, have this day deposited the sum of <u>ONE THOUSAND FIVE HUNDRED DOLLARS</u> (<u>$1,500.00</u>) cash, which is the amount ordered by the Court in lieu of a Temporary Restraining Order Bond.

WITNESS, Donna Kay McKinney, Clerk of the District Courts of Bexar County, Texas. Given under my hand and seal of said Courts of Bexar County, Texas, on <u>April 4, 2016.</u>

Donna Kay McKinney
District Clerk, Bexar County, Texas

BY: _____
Paul Dulin, Deputy

* * RECEIPT REQUIRED FOR REFUND OF FUNDS

FILED
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY
16 APR -4 PM 12: 15
DEPUTY
BY _____

DOCUMENTS SCANNED AS FILED