# EXHIBIT 5



# Bexar County

## District Clerk/County Clerk Search

# Full Case Information

# Case Summary

---

### Case Information for Cause #: 2016CI05482

**DUSTIE CLOSSON vs CITIMORTGAGE INC**

| | |
|---|---|
| Cause No. : | 2016CI05482 |
| Name : | |
| Business Name : | CITIMORTGAGE INC |
| Litigant Type : | DEFENDANT |
| Date Filed : | 03/30/2016 |
| Docket Type : | OTHER CIVIL CASES |
| Case Status : | PENDING |
| Court : | 288 |

*Information as of: 04/11/2016 12:39:27 PM*

# Case History

*Currently viewing 1 through 8 of 8 records.*

| Type/Sequence | Date Filed | Description |
|---|---|---|
| P00001 | 3/30/2016 | PETITION |
| P00002 | 3/30/2016 | SERVICE ASSIGNED TO CLERK 2 |
| T00003 | 3/30/2016 | NON-JURY<br>SETTING ON TEMPORARY RESTRAINING ORDER<br>COURT: 109 TRIAL DATE & TIME: 4/13/2016 9:00AM |
| O00001 | 3/30/2016 | TEMP REST ORD, ORD SET HRG TEMP ORD<br>JUDGE: RENEE A YANTA<br>VOL: 4529 PAGE: 3372 PAGE COUNT: 2 |
| P00004 | 3/31/2016 | EMAILED REQUEST/RECORDING DEPT FROM<br>ANDREW VAN HOOGENSTYN |
| P00005 | 3/31/2016 | EMAILED COPY OF:<br>PETITION |
| B00001 | 4/4/2016 | DUSTIE CLOSSON<br>AGENT:<br>AMOUNT: 150000<br>SURETY: CASH DEPOSIT IN LIEU OF<br>REASON: TRO BOND<br>FORM: CASH |