# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   288th Judicial District, Bexar County Texas, 2016CI05482; Dustie Closson v. CitiMortgage, Inc.

2. Was jury demand made in State Court?    Yes ☐    No ☒
   If yes, by which party and on what date?

   _____     _____
   Party Name                                                                                    Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Dustie Closson, plaintiff, Wade Kricken, 2711 N. Haskell Avenue, Suite 550, Dallas, Texas 75204
   Telephone: 214.256.9288, Facsimile: 214.593.3108, wade@krickenlawfirm.com.

   CitiMortgage, Inc., defendant, Michael J. McKleroy, Jr., C. Charles Townsend, Leslie A. Utiger, AKERMAN, LLP 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201. Telephone: 214.720.4300 Facsimile: 214.981.9339 charles.townsend@akerman.com, michael.mckleroy@akerman.com, leslie.utiger@akerman.com

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   CitiMortgage, unknown

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

/s/ Michael J. McKleroy, Jr.　　　　　　　　　　　　April 11, 2016
Attorney for Removing Party　　　　　　　　　　　　Date


CitiMortgage, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)