# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DUSTIE CLOSSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| CITIMORTGAGE, INC. | § | |
| | § | |
| Defendant. | § | |

## LIST OF ALL ATTORNEYS

Pursuant to the Local Rules, the following is a complete list of all attorneys involved in this removed action.

| Attorney Name, Bar Number, Address &Telephone | Party Represented |
|---|---|
| Wade Kricken, SBN: 24034527<br>2711 N. Haskell Avenue, Suite 550<br>Dallas, Texas 75204<br>Telephone: 214.256.9288<br>Facsimile: 214.593.3108<br>wade@krickenlawfirm.com | Plaintiff |
| Michael J. McKleroy, Jr., SBN: 24000095<br>*Attorney-in-Charge*<br>C. Charles Townsend, SBN: 24028053<br>*Of Counsel*<br>Leslie A. Utiger, SBN: 24078070<br>*Of Counsel*<br>AKERMAN, LLP<br>2001 Ross Avenue, Suite 2550<br>Dallas, Texas 75201<br>Telephone: 214.720.4300<br>Facsimile: 214.981.9339<br>charles.townsend@akerman.com<br>michael.mckleroy@akerman.com<br>leslie.utiger@akerman.com | Defendant |