**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **DUSTIE CLOSSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Civil Action No. 5:16-cv-00364** |
| § | |
| **CITIMORTGAGE, INC.** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CitiMortgage, Inc. provides the following certificate of interested persons:

| | PARTIES TO SUIT | AFFILIATION OF PARTY WITH SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|---|
| 1. | Dustie Closson | Plaintiff | None known |
| 2. | CitiMortgage, Inc. | Defendant | 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A. and the remaining 30% are owned by Citi Retail Services LLC. 80% of the shares of Citi Retail Service LLC are owned by Citicorp USA; 20% of the shares of Citi Retail Services LLC are owned by CFNA Receivables (MD), Inc. Citicorp USA, and CFNA Receivables (MD), Inc. are each a wholly-owned subsidiary of Citibank, N.A. Citibank, N.A. is a wholly-owned subsidiary of Citicorp. Citicorp is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation. |

Date: April 12, 2016                                  Respectfully submitted,

                                                    _____/s/ Michael J. McKleroy, Jr._____
                                                    Michael J. McKleroy, Jr., SBN:  24000095
                                                    *Attorney-in-Charge*
                                                    C. Charles Townsend, SBN:  24028053
                                                    *Of Counsel*
                                                    Leslie A. Utiger, SBN: 24078070
                                                    *Of Counsel*
                                                    AKERMAN, LLP
                                                    2001 Ross Avenue, Suite 2550
                                                    Dallas, Texas 75201
                                                    Telephone: 214.720.4300
                                                    Facsimile: 214.981.9339
                                                    charles.townsend@akerman.com
                                                    michael.mckleroy@akerman.com
                                                    leslie.utiger@akerman.com

                                                    **ATTORNEYS FOR DEFENDANT
                                                    CITIMORTGAGE, INC.**


## CERTIFICATE OF SERVICE

        I hereby certify that on April 12, 2016, a true and correct copy of the foregoing was served as follows:

**VIA CERTIFIED MAIL / RRR
NO. 9414 7266 9904 2066 3098 63**
Wade Kricken
2711 North Haskell
Suite 550
Dallas, Texas 75204
*Counsel for Plaintiff*

                                                    _____/s/  Michael J. McKleroy, Jr._____
                                                    Michael J. McKleroy, Jr.