# Bexar CAD

Property Search Results > 986742 PACIFIC STANDARD HOLDINGS for Year 2016

**Property**

### Account

| | | | |
|---|---|---|---|
| Property ID: | 986742 | Legal Description: | CB 4364B BLK 11 LOT 30 (VILLAS OF WESTCREEK SUBD UNIT 1) |
| Geographic ID: | 04364-211-0300 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 330 CEDRON CHASE<br>SAN ANTONIO, TX 78253 | Mapsco: | 611D4 |
| Neighborhood: | VILLAS OF WESTCREEK | Map ID: | |
| Neighborhood CD: | 99695 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | PACIFIC STANDARD HOLDINGS | Owner ID: | 2957475 |
| Mailing Address: | 18495 S DIXIE HWY<br>CUTLER BAY, FL 33157-6817 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

**Values**

**Taxing Jurisdiction**

**Improvement / Building**

**Land**

**Roll Value History**

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2016 | $147,180 | $24,300 | 0 | 171,480 | $0 | $171,480 |
| 2015 | $133,760 | $24,300 | 0 | 158,060 | $0 | $158,060 |
| 2014 | $130,850 | $24,300 | 0 | 155,150 | $0 | $155,150 |
| 2013 | $125,450 | $24,300 | 0 | 149,750 | $0 | $149,750 |
| 2012 | $115,800 | $24,300 | 0 | 140,100 | $0 | $140,100 |
| 2011 | $121,210 | $27,000 | 0 | 148,210 | $0 | $148,210 |

**Deed History - (Last 3 Deed Transactions)**

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/1/2015 | Deed | Deed | 330 CEDRON TRUST | PACIFIC STANDARD HOLDINGS | 17265 | 662 | 20150096408 |
| 2 | 7/3/2013 | TRSTE | Trustees Deed | CLOSSON ADAM P & DUSTIE | 330 CEDRON TRUST | 16209 | 2209 | 20130138036 |

# Exhibit A

| 3 | 6/19/2006 | SWD | Special Warranty Deed | CENTEX HOMES | CLOSSON ADAM P & DUSTIE | 12203 | 1614 | 20060146191 |

**2016 data current as of May 23 2016 12:35AM.**

**2015 and prior year data current as of May 12 2016 8:10AM**

**For property information, contact (210) 242-2432 or (210) 224-8511 or email.**

**For website information, contact (210) 242-2500.**

Website version: 1.2.2.7     Database last updated on: 5/23/2016 12:35 AM     © N. Harris Computer Corporation

# Exhibit A